John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F/V BEAGLE LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>ISLAND RAIDER, Official No. 944999, the ALEUT, Official No. 605421, and the BLUES TRAVELER, AK8372A, ADF&G No. 06842, their Engines, Machinery, Appurtenances, etc.,<br><br>                    Defendants. | IN ADMIRALTY<br><br>Case No. |

**COMPLAINT TO FORECLOSE LIEN**

Plaintiff F/V Beagle LLC, a Washington corporation (referred to at times hereafter as "Beagle"), alleges:

1. This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. § 31322 and § 31325 and within the meaning of Rule 9(h).

2. At all times material herein, ISLAND RAIDER, Official No. 944999, the ALEUT, Official Number 605421, and the BLUES TRAVELER, AK8372A, ADF&G Number 06842 ("Vessels"), were Vessels owned by Mr. Michael R. Johnson, an individual last known to be residing in Alaska ("Owner"). The Vessels are now, or will be during the pendency of this action within this district and subject to the jurisdiction of this Court.

COMPLAINT TO FORECLOSE LIEN
F/V BEAGLE LLC v. ISLAND RAIDER, et al.
Case No. _____ Page 1 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:11-cv-00134-RRB   Document 1   Filed 06/27/11   Page 1 of 5

3. From January 1, 2005 to September 6, 2005, Owner purchased necessaries from Pacific Star Seafoods, Inc. ("PSSI") in preparation for the 2005 fishing season. The ISLAND RAIDER is indebted for such necessaries in the amount of $14, 416.56. Those necessaries were used in connection with the Vessel ISLAND RAIDER. *See* Exhibit 'A' attached hereto.

4. From 2005 to present, each Vessel has been stored on PSSI's property at a cost of $500 per Vessel per year, due as of January 1 of each following year. The total due for Vessel storage for each Vessel is now $3,500 per Vessel.

5. Beagle is the owner and holder of PSSI's claims against the Vessels by assignment from PSSI.

WHEREFORE, Plaintiff prays for judgment as follows:

1. That this Court decree payment due by the Vessels as follows:

    a. As to the ISLAND RAIDER, the sum of $14,416.56, subject to adjustment, plus interest of $3,117.41 using the Judgment Rate of Interest from September 6, 2005, which was 3.73% on such date, through June 23, 2011, and daily interest thereafter of $1.47 until the time of judgment, plus $3,500 for failure to pay storage charges, plus interest of $295.24 using the Judgment Rate of Interest as of the first business day in January for each prior year of storage charges, as follows: January of 2006: 4.38%; January of 2007: 5.00%; January of 2008: 3.17%; January of 2009: 0.40%; January of 2010: 0.45%: January of 2011: 0.29%, and daily interest thereafter of $0.20 until the time of judgment.

    b. As to the ALEUT, the sum of $3,500 for failure to pay storage charges, plus interest of $295.24 using the Judgment Rate of Interest as of the first business day in January for each prior year of storage charges, as follows: January of 2006: 4.38%; January of 2007: 5.00%; January of 2008: 3.17%; January of 2009: 0.40%; January of 2010: 0.45%: January of 2011: 0.29%, and daily interest thereafter of $0.20 until the time of judgment.

COMPLAINT TO FORECLOSE LIEN
F/V BEAGLE LLC v. ISLAND RAIDER, et al.
Case

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:11-cv-00134-RRB   Document 1   Filed 06/27/11   Page 2 of 5

c. As to the BLUES TRAVELER, the sum of $3,500 for failure to pay storage charges, plus interest of $295.24 using the Judgment Rate of Interest as of the first business day in January for each prior year of storage charges, as follows: January of 2006: 4.38%; January of 2007: 5.00%; January of 2008: 3.17%; January of 2009: 0.40%; January of 2010: 0.45%: January of 2011: 0.29%, and daily interest thereafter of $0.20 until the time of judgment.

d. The costs of this action including charges for all fees for keepers and their costs incurred in this action and for all expenses for the sale of the Vessels.

2. That Plaintiff be adjudged the holder of a maritime lien on the Vessels, and that this Court declare said lien to be superior to all other liens which may exist against the Vessels.

3. That the maritime lien be foreclosed and the Vessels be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and expenses, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessels are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessels.

4. That the Vessels be seized by the Marshal and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessels are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessels.

5. That *in rem* process in due form of the law issue against the Vessels.

6. That at the sale of the Vessels by the U.S. Marshal, Plaintiff be permitted to bid, without cash deposit, as to each Vessel, its judgment, accrued interest, costs, and expenses, up to the full amount thereof.

COMPLAINT TO FORECLOSE LIEN
F/V BEAGLE LLC v. ISLAND RAIDER, et al.
Case No. _____ Page 3 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:11-cv-00134-RRB   Document 1   Filed 06/27/11   Page 3 of 5

7. That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

DATED this 24th day of June, 2011.

HOLMES WEDDLE & BARCOTT, P.C.

s/John E. Casperson
John E. Casperson, ABA #7910076
Attorney for Plaintiff

G:\5515\25839\Pleading\Complaint Pkg\Complaint 6-27-11.doc

COMPLAINT TO FORECLOSE LIEN
F/V BEAGLE LLC v. ISLAND RAIDER, et al.
Case No. _____

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:11-cv-00134-RRB   Document 1   Filed 06/27/11   Page 4 of 5

## VERIFICATION

UNITED STATES OF AMERICA )
                                                    ) ss.
STATE OF WASHINGTON        )

Ken Ng, being first duly sworn, upon oath deposes and states upon information and belief:

I am the manager of F/V Beagle LLC, have read the above and foregoing complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ken Ng, Manager, F/V Beagle LLC

COMPLAINT TO FORECLOSE LIEN
F/V BEAGLE LLC v. ISLAND RAIDER, et al.
Case No. _____ - Page 5 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:11-cv-00134-RRB   Document 1   Filed 06/27/11   Page 5 of 5