Name: Micheal R Johnson

## 2005 Fish Tickets

| TicketDate | FishTicketID | Reds lb | Reds Price | Reds Amt | Chums lb | Chums Price | Chums Amt | Cohos lb | Cohos Price | Cohos Amt | Pinks lb | Pinks Price | Pinks Amt | Total lb | Total Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/2005 | 508661 | 1,748 | $0.90 | $1,573.20 | 63 | $0.10 | $6.30 | | | | 4 | $0.02 | $0.08 | 1,815 | $1,579.58 |
| 7/15/2005 | 508724 | 236 | $0.90 | $212.40 | | | | | | | | | | 236 | $212.40 |
| 7/16/2005 | 508738 | 672 | $0.90 | $604.80 | | | | | | | | | | 672 | $604.80 |
| 7/18/2005 | 508794 | 2,508 | $0.90 | $2,257.20 | 74 | $0.10 | $7.40 | 51 | $0.30 | $15.30 | 26 | $0.02 | $0.52 | 2,659 | $2,280.42 |
| 7/20/2005 | 070579 | 381 | $0.90 | $342.90 | | | | 10 | $0.30 | $3.00 | 10 | $0.02 | $0.20 | 401 | $346.10 |
| 7/21/2005 | 070618 | 794 | $0.90 | $714.60 | 111 | $0.10 | $11.10 | 49 | $0.30 | $14.70 | 25 | $0.02 | $0.50 | 979 | $740.90 |
| 7/23/2005 | 508890 | 439 | $0.90 | $395.10 | | | | | | | | | | 439 | $395.10 |
| 7/24/2005 | 070637 | 1,688 | $0.90 | $1,519.20 | | | | 20 | $0.30 | $6.00 | | | | 1,708 | $1,525.20 |
| Grand Total | | 8,466 | $0.90 | $7,619.40 | 248 | $0.10 | $24.80 | 130 | $0.30 | $39.00 | 65 | $0.02 | $1.30 | 8,909 | $7,684.50 |

## Less Purchases:

| Order Date | Order ID | Description | Total |
|---|---|---|---|
| 1/1/2005 | 14343 | Beginning Balance | $132.49 |
| 7/8/2005 | 14862 | Alaska Steel Co - alum pipe, alum plate, etc | $439.95 |
| 7/9/2005 | 14886 | Oil Pads,Carborator,gaskts,ign.coil,carb core,etc | $1,045.98 |
| 7/10/2005 | 14905 | Bob Backman F/V Plover - Engine | $3,800.00 |
| 7/12/2005 | 16043 | Randal's Welding - welding work | $2,850.00 |
| 7/13/2005 | 15020 | 2-#8240 Batteries,Spk plg clmps,bolts,motor mt. | $482.78 |
| | 15021 | 6 ft. Heater Hose, bolts,knives, gloves,Delo 400 | $308.69 |
| | 15063 | 22.1 Gallons Gas @ 2.33 | $54.06 |
| 7/16/2005 | 15179 | 19.9 Gal. Gas @ 2.33 | $48.69 |
| | 15204 | 71.7 Gal. Gas @ 2.33 | $175.41 |
| 7/17/2005 | 15216 | Alaska Steel - alum supplies for welder | $670.62 |
| | 15217 | Alaska Steel - alum round | $42.00 |
| 7/19/2005 | 15280 | 20 Hrs. Lbor - Installed One 454 Motor/Trans. | $1,025.00 |
| | 15331 | Billy Merck = 20 hrs labor @ $50 | $1,000.00 |
| 7/20/2005 | 15349 | 1&1/4 Washdown Pump,hydro Fluid,nut,bolt | $722.33 |
| | 15350 | Hydraulic Pump V-20, Credit 6 Ft. Hose(126.00) | $819.00 |
| | 15449 | Crew license - Justin Godfrey | $60.00 |
| | 15450 | Crew license - Trevor Johnson | $60.00 |
| 7/21/2005 | 15468 | 2 gal. Delo 100, 2 gloves | $32.59 |
| 7/22/2005 | 15505 | 43 Gal. Gas @ 2.38 | $107.46 |
| | 15561 | 34.6 Gal. Gas @ 2.38 | $86.47 |
| | 15562 | 48 Gal. Gas @ 2.38 | $119.95 |
| | 15586 | ATF,Bolts,Packing,bolts | $19.26 |
| 7/23/2005 | 15601 | 1 Hour Labor-Got Boat Running Again! | $52.50 |
| 7/25/2005 | 15617 | 1950 Jab.Bilge Pump,plug wires,nuts,bolts,wash | $191.63 |
| | 15618 | IC-7 Coil, Dist. Cap | $70.25 |
| | 15625 | Randal's Welding - misc repairs, fab/weld | $750.00 |
| | 15626 | Randal's Welding - temp rpr on reel mount | $112.50 |
| 7/26/2005 | 15671 | 121.1 Gal.Gas @ 2.40 | $305.17 |
| | 15672 | 82 Gal.Gas @ 2.40 | $206.64 |
| 7/30/2005 | 15849 | Ship & Shore Repair - engine work | $960.00 |
| | 15850 | GLM - Spool pieces | $262.50 |
| 8/3/2005 | 16007 | Nyloc, Washers, 1/2x1&3/4 Stainless | $11.24 |
| 8/4/2005 | 16025 | Prop.Shaft,clamps, mounts,Nuts, etc. | $1,141.82 |
| 8/5/2005 | 16042 | Randal's Welding - fab & weld reel mounts | $375.00 |
| 8/7/2005 | 16069 | GLM - boat shaft | $236.25 |
| 8/8/2005 | 16130 | 1-#701-1829 R.P.M. | $168.00 |
| 8/12/2005 | 16182 | Ship & Shore Repair - boat work | $3,021.25 |
| 8/15/2005 | 16187 | Randal's Welding - rpr wet exhaust | $75.00 |
| | 16188 | Randal's Welding - rpr shaft alley | $337.50 |
| 9/6/2005 | 16174 | Manuel Figueirdo - labor on F/V Blues Traveler | $144.38 |
| Grand Total | | | $22,524.36 |

| | | | |
|---|---|---|---|
| 1/1/2006 | | Beginning Balance | -$14,839.86 |
| 4/28/2006 | 16542 | Add: 2005 Red Salmon Adj $0.05/lb 8,466# | $423.30 |
| | | Balance due from Micheal Johnson | -$14,416.56 |